# CHRISTIAN COUNTY
## TAX RECEIPT
## 2023 REAL ESTATE



**TED NICHOLS COLLECTOR**
**100 WEST CHURCH ROOM 101**
**OZARK, MO 65721**
**(417) 582-4330**

PAY TAXES/PRINT RECEIPTS ONLINE at:
www.christiancountycollector.com

**DEKE, SHANNON J & ANGELA D (TRUST)**
**712 E BROOK FOREST RD**
**NIXA MO  65714-0000**

# PAID

**PARCEL ID#:**      11-0.4-18-002-003-006.000
**SEC, TWN, RNG:**   18-27-21
**ACRES:**           0.00
**TAX DISTRICT#:**
**SITUS ADDRESS:**   712 E BROOK FOREST RD, NIXA

| Tax District | Levy per $100 | Total Tax |
|---|---|---|
| STATE | 0.0300 | 14.74 |
| COUNTY REVENUE | 0.0446 | 21.91 |
| LIBRARY | 0.1861 | 91.43 |
| HEALTH | 0.0413 | 20.29 |
| SEN. BILL 40 BOARD | 0.0743 | 36.50 |
| SEN.CITZ.SERV. | 0.0465 | 22.85 |
| NIXA SCHOOL | 4.5091 | 2,215.32 |
| NIXA CITY | 0.2981 | 146.46 |
| NIXA FIRE DIST. | 0.6911 | 339.54 |
| AMBULANCE DIST. | 0.1236 | 60.72 |
| JUNIOR COLLEGE | 0.1871 | 91.92 |

LOT 86 14 PARK PLACE PH 2

|  | SUBTOTALS |
|---|---|
| **Residential** | **49,130** |
| **Agricultural** | **0** |
| **Commercial** | **0** |
| **TOTAL VALUATION** | **49,130** |

**3,061.68**

*Non-clearance of payment voids receipt.*

## VALIDATED BY TED NICHOLS
## CHRISTIAN COUNTY COLLECTOR

RECEIPT #:   **608801**
DATE:   **12/03/2023**    AMOUNT PAID:   **3,061.68**

PAID BY:  **CORELOGIC MORTGAGE**
PAYMENT TYPE:   **CHECK**

# *REAL ESTATE TAX RECEIPTS CANNOT BE USED TO LICENSE VEHICLES*

# CHRISTIAN COUNTY
## TAX RECEIPT
## 2022 REAL ESTATE



**TED NICHOLS COLLECTOR**
**100 WEST CHURCH ROOM 101**
**OZARK, MO 65721**
**(417) 582-4330**

PAY TAXES/PRINT RECEIPTS ONLINE at:
www.christiancountycollector.com

**DEKE, SHANNON J & ANGELA D (TRUST)**
**712 E BROOK FOREST RD**
**NIXA MO 65714-0000**

# PAID

**PARCEL ID#:** 11-0.4-18-002-003-006.000
**SEC, TWN, RNG:** 18-27-21
**ACRES:** 0.00
**TAX DISTRICT#:**
**SITUS ADDRESS:** 712 E BROOK FOREST RD, NIXA

| Tax District | Levy per $100 | Total Tax |
|---|---|---|
| STATE | 0.0300 | 14.54 |
| COUNTY REVENUE | 0.0446 | 21.61 |
| LIBRARY | 0.1875 | 90.84 |
| HEALTH | 0.0416 | 20.16 |
| SEN. BILL 40 BOARD | 0.0749 | 36.29 |
| SEN.CITZ.SERV. | 0.0469 | 22.72 |
| NIXA SCHOOL | 4.5091 | 2,184.66 |
| NIXA CITY | 0.2990 | 144.87 |
| NIXA FIRE DIST. | 0.6911 | 334.84 |
| AMBULANCE DIST. | 0.1242 | 60.17 |
| JUNIOR COLLEGE | 0.1911 | 92.59 |

LOT 86 14 PARK PLACE PH 2

| | SUBTOTALS |
|---|---|
| **Residential** | **48,450** |
| **Agricultural** | **0** |
| **Commercial** | **0** |
| **TOTAL VALUATION** | **48,450** |

**3,023.29**

*Non-clearance of payment voids receipt.*

## VALIDATED BY TED NICHOLS
## CHRISTIAN COUNTY COLLECTOR

RECEIPT #: __608706__     PAID BY: __CORELOGIC MORTGAGE__
DATE: __12/09/2022__     AMOUNT PAID: __3,023.29__     PAYMENT TYPE: __CHECK__

# *REAL ESTATE TAX RECEIPTS CANNOT BE USED TO LICENSE VEHICLES*

# CHRISTIAN COUNTY
## TAX RECEIPT
## 2021 REAL ESTATE



**TED NICHOLS COLLECTOR**
**100 WEST CHURCH ROOM 101**
**OZARK, MO 65721**
**(417) 582-4330**

PAY TAXES/PRINT RECEIPTS ONLINE at:
www.christiancountycollector.com

**DEKE, SHANNON J & ANGELA D (TRUST)**
**712 E BROOK FOREST RD**
**NIXA MO  65714-0000**

# PAID

| **PARCEL ID#:** | 11-0.4-18-002-003-006.000 |
| **SEC, TWN, RNG:** | 18-27-21 |
| **ACRES:** | 0.00 |
| **TAX DISTRICT#:** | |
| **SITUS ADDRESS:** | 712 E BROOK FOREST RD, NIXA |

| Tax District | Levy per $100 | Total Tax |
|---|---|---|
| STATE | 0.0300 | 14.54 |
| COUNTY REVENUE | 0.0576 | 27.91 |
| LIBRARY | 0.1875 | 90.84 |
| HEALTH | 0.0416 | 20.16 |
| SEN. BILL 40 BOARD | 0.0749 | 36.29 |
| SEN.CITZ.SERV. | 0.0469 | 22.72 |
| NIXA SCHOOL | 4.5032 | 2,181.80 |
| NIXA CITY | 0.2990 | 144.87 |
| NIXA FIRE DIST. | 0.6911 | 334.84 |
| AMBULANCE DIST. | 0.1242 | 60.17 |
| JUNIOR COLLEGE | 0.1875 | 90.84 |

LOT 86 14 PARK PLACE PH 2

| | SUBTOTALS |
|---|---|
| **Residential** | 48,450 |
| **Agricultural** | 0 |
| **Commercial** | 0 |
| **TOTAL VALUATION** | 48,450 |

**3,024.98**

*Non-clearance of payment voids receipt.*

## VALIDATED BY TED NICHOLS
## CHRISTIAN COUNTY COLLECTOR

RECEIPT #:  **608601**

DATE:  **12/05/2021**          AMOUNT PAID:  **3,024.98**

PAID BY:  **CORELOGIC MORTGAGE**

PAYMENT TYPE:  **CHECK**

# *REAL ESTATE TAX RECEIPTS CANNOT BE USED TO LICENSE VEHICLES*

# CHRISTIAN COUNTY
## TAX RECEIPT
## 2020 REAL ESTATE



**TED NICHOLS COLLECTOR**
**100 WEST CHURCH ROOM 101**
**OZARK, MO 65721**
**(417) 582-4330**

PAY TAXES/PRINT RECEIPTS ONLINE at:
www.christiancountycollector.com

**DEKE, SHANNON J & ANGELA D (TRUST)**
**712 E BROOK FOREST RD**
**NIXA MO  65714-0000**

# PAID

**PARCEL ID#:**      11-0.4-18-002-003-006.000
**SEC, TWN, RNG:**   18-27-21
**ACRES:**           0.00
**TAX DISTRICT#:**
**SITUS ADDRESS:**   712 E BROOK FOREST RD, NIXA

| Tax District | Levy per $100 | Total Tax |
|---|---|---|
| STATE | 0.0300 | 12.43 |
| COUNTY REVENUE | 0.0664 | 27.50 |
| LIBRARY | 0.2009 | 83.21 |
| HEALTH | 0.0439 | 18.18 |
| SEN. BILL 40 BOARD | 0.0790 | 32.72 |
| SEN.CITZ.SERV. | 0.0495 | 20.50 |
| NIXA SCHOOL | 4.7000 | 1,946.74 |
| NIXA CITY | 0.3246 | 134.45 |
| NIXA FIRE DIST. | 0.7291 | 301.99 |
| AMBULANCE DIST. | 0.1311 | 54.30 |
| JUNIOR COLLEGE | 0.1996 | 82.67 |

LOT 86 14 PARK PLACE PH 2

| | SUBTOTALS |
|---|---|
| **Residential** | 41,420 |
| **Agricultural** | 0 |
| **Commercial** | 0 |
| **TOTAL VALUATION** | 41,420 |

**2,714.69**

*Non-clearance of payment voids receipt.*

## VALIDATED BY TED NICHOLS
## CHRISTIAN COUNTY COLLECTOR

RECEIPT #:     **8658**
DATE:     **12/06/2020**     AMOUNT PAID:     **2,714.69**

PAID BY:  **CORELOGIC MORTGAGE**
PAYMENT TYPE:   **CHECK**

# *REAL ESTATE TAX RECEIPTS CANNOT BE USED TO LICENSE VEHICLES*

# CHRISTIAN COUNTY
## TAX RECEIPT
## 2019 REAL ESTATE



**TED NICHOLS COLLECTOR**
**100 WEST CHURCH ROOM 101**
**OZARK, MO 65721**
**(417) 582-4330**

PAY TAXES/PRINT RECEIPTS ONLINE at:
www.christiancountycollector.com

**DEKE, SHANNON J & ANGELA D (TRUST)**
**712 E BROOK FOREST RD**
**NIXA MO  65714-0000**

# PAID

**PARCEL ID#:**        11-0.4-18-002-003-006.000
**SEC, TWN, RNG:**    18-27-21
**ACRES:**               0.00
**TAX DISTRICT#:**
**SITUS ADDRESS:**   712 E BROOK FOREST RD, NIXA

| Tax District | Levy per $100 | Total Tax |
|---|---|---|
| STATE | 0.0300 | 12.43 |
| COUNTY REVENUE | 0.0540 | 22.37 |
| LIBRARY | 0.2009 | 83.21 |
| HEALTH | 0.0439 | 18.18 |
| SEN. BILL 40 BOARD | 0.0790 | 32.72 |
| SEN.CITZ.SERV. | 0.0495 | 20.50 |
| NIXA SCHOOL | 4.7000 | 1,946.74 |
| NIXA CITY | 0.3246 | 134.45 |
| NIXA FIRE DIST. | 0.7291 | 301.99 |
| AMBULANCE DIST. | 0.1311 | 54.30 |
| JUNIOR COLLEGE | 0.1990 | 82.43 |

LOT 86 14 PARK PLACE PH 2

| | SUBTOTALS |
|---|---|
| **Residential** | **41,420** |
| **Agricultural** | **0** |
| **Commercial** | **0** |
| **TOTAL VALUATION** | **41,420** |

**2,709.32**

*Non-clearance of payment voids receipt.*

## VALIDATED BY TED NICHOLS
## CHRISTIAN COUNTY COLLECTOR

RECEIPT #:    **8244**
DATE:    **12/07/2019**        AMOUNT PAID:    **2,709.32**

PAID BY:  **CORELOGIC MORTGAGE**
PAYMENT TYPE:   **CHECK**

# *REAL ESTATE TAX RECEIPTS CANNOT BE USED TO LICENSE VEHICLES*